Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, NY 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

VANESSA DONADEL a/k/a
VANESSA ANDRADE,                      Chapter 7
                                                                      Case No.: 116-44002-nhl

         Debtor.
------------------------------------------------------------X
RICHARD J. MCCORD, as Chapter 7 Trustee
For the Estate of VANESSA DONADEL, a/k/a
VANESSA ANDRADE,

         Plaintiff,                              Adv. Pro. No. 17-01095-nhl

-against-

MARIA VICTORIA TOBON,

         Defendant.
-------------------------------------------------------------X

## STIPULATION OF DISMISSAL AS AGAINST DEFENDANT

Certilman Balin Adler & Hyman, LLP, counsel for the Plaintiff, and Dahiya Law Offices, LLC, counsel for the Defendant, hereby stipulate and agree to withdraw the complaint and dismiss the above captioned action as against the Defendant Maria Victoria Tobon, each party to bear its own costs and expenses.

This Stipulation may be executed in counterparts by facsimile or pdf (portable document format), each of which shall be deemed an original, and all of which when taken together shall constitute one document.

Dated: East Meadow, New York
November 20, 2019

>**CERTILMAN BALIN ADLER & HYMAN, LLP**
>Attorneys for the Plaintiff, Richard J. McCord, Esq.,
>Chapter 7 Trustee
>
>By:    /s/Richard J. McCord
>       **RICHARD J. MCCORD, ESQ.**
>       90 Merrick Avenue
>       East Meadow, New York 11554
>       Phone: (516) 296-7000

Dated: New York, New York
November 4, 2019

>**DAHIYA LAW OFFICES, LLC**
>Attorneys for Defendant, Maria Victoria Tobon
>
>By:    /s/ Karamvir Dahiya
>       **KARAMVIR DAHIYA, ESQ.**
>       75 Maiden Lane
>       Suite 506
>       New York, New York 10038
>       Phone: (212) 766-8000

**SO ORDERED**