UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

VANESSA DONADEL a/k/a
VANESSA ANDRADE,                                        Chapter 7
                                                        Case No. 16-44002-nhl

                   Debtor.
--------------------------------------------------------------X
RICHARD MCCORD, Esq. as Chapter 7 Trustee
for the Estate of VANESSA DONADEL, a/k/a
VANESSA ANDRADE,

                   Plaintiff,                    Adv. Pro. No. 17-01095-nhl

     v.

MARIA VICTORIA TOBON,

                   Defendant.
------------------------------------------------------------------X

## **STIPULATION OF DISMISSAL AS AGAINST DEFENDANT**

Certilman Balin Adler & Hyman, LLP, counsel for the Plaintiff, and Dahiya Law

Offices, LLC, counsel for the Defendant, hereby stipulate and agree to withdraw the

complaint and dismiss the above captioned action as against the Defendant Maria

Victoria Tobon, each party to bear its own costs and expenses.

[*Order continues on following page*]

- 1 -

This Stipulation may be executed in counterparts by facsimile or pdf (portable document format), each of which shall be deemed an original, and all of which when taken together shall constitute one document.

Dated: East Meadow, New York
      November 20, 2019

          **CERTILMAN BALIN ADLER & HYMAN, LLP**
          Attorneys for the Plaintiff, Richard J. McCord, Esq.,
          Chapter 7 Trustee

          By:   /s/Richard J. McCord
          **RICHARD J. MCCORD, ESQ.**
          90 Merrick Avenue
          East Meadow, New York 11554
          Phone: (516) 296-7000

Dated: New York, New York
      November 4, 2019

          **DAHIYA LAW OFFICES, LLC**
          Attorneys for Defendant, Maria Victoria Tobon

          By:   /s/ Karamvir Dahiya
          **KARAMVIR DAHIYA, ESQ.**
          75 Maiden Lane
          Suite 506
          New York, New York 10038
          Phone: (212) 766-8000

   **SO ORDERED:**



**Dated: December 1, 2019**                **Nancy Hershey Lord**
    **Brooklyn, New York**           **United States Bankruptcy Judge**